IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 7:24-638 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| vs. | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| | ) | 18 U.S.C. § 924(e) |
| **LORENZO RANTELLE NICHOLSON** | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **INDICTMENT** |

**COUNT 1**
(Distribution of Methamphetamine)

THE GRAND JURY CHARGES:

That on or about May 22, 2024, in the District of South Carolina, the Defendant, **LORENZO RANTELLE NICHOLSON**, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

1

## COUNT 2
(Possession with the Intent to Distribute Heroin, Fentanyl, and Methamphetamine)

THE GRAND JURY FURTHER CHARGES:

That on or about July 17, 2024, in the District of South Carolina, the Defendant, **LORENZO RANTELLE NICHOLSON**, knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly referred to as "fentanyl"), a Schedule II controlled substance, and a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3
(Felon in Possession of Firearms and Ammunition)

THE GRAND JURY FURTHER CHARGES:

That on or about July 17, 2024, in the District of South Carolina, the Defendant, **LORENZO RANTELLE NICHOLSON**, knowingly possessed firearms and ammunition in and affecting interstate commerce, to wit, a Springfield XD 9mm pistol, a H&R Pardner Pump 12-gauge shotgun, and assorted rounds of 9mm ammunition, 12-gauge ammunition, .38 caliber, .380 caliber, and .22 caliber ammunition, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 924(e).

## COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

THE GRAND JURY FURTHER CHARGES:

That on or about July 17, 2024, in the District of South Carolina, the Defendant, **LORENZO RANTELLE NICHOLSON**, knowingly possessed a firearm in furtherance of a drug trafficking crime, as alleged in Count 2, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

FIREARM/DRUG OFFENSES:

Upon conviction for felony violations of Title 18 and Title 21, United States Code, as charged in this Indictment, the Defendant, **LORENZO RANTELLE NICHOLSON**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

    (a)    constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b)    used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code;

    (c)    any firearms and ammunition (as defined in 18 U.S.C. § 921) –

        (1)    used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable to such property;

        (2)    involved in or used in any knowing violations of 18 U.S.C. § 922 or 924, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    <u>Proceeds/Forfeiture Judgment</u>:

        A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment and all interest and proceeds traceable thereto as a result of his violations of 21 U.S.C. § 841.

    B.    <u>Jewelry</u>:

        Six (6) assorted jewelry items: (1) 10K Natural diamond cross pendant, (1) 10K Cuban bracelet, (1) 10K Cuban necklace 22", (1) 10K CZ Angel pendant, (1) 10K Natural diamond earrings, and (1) 10K 30" Chain link necklace
        Asset ID: 24-DEA-714128
        Seized from: Lorenzo Rantelle Nicholson

    C.    <u>Firearms</u>:

        (1) HS Produkt XDM Elite 9mm caliber pistol with magazine and (19) rounds of 9mm ammunition
        Serial Number: BA694585
        Asset ID: 24-DEA-713929
        Seized from: Lorenzo Rantelle Nicholson

        (2) Hawk Industries H&R Pardner pump 12-gauge shotgun with (5) 12-gauge rounds of ammunition
        Serial Number: NZ713738
        Asset ID: 24-DEA-713931
        Seized from: Lorenzo Rantelle Nicholson

<u>SUBSTITUTION OF ASSETS</u>:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

    (a)    cannot be located upon the exercise of due diligence;
    (b)    has been transferred or sold to, or deposited with, a third person;
    (c)    has been placed beyond the jurisdiction of the Court;
    (d)    has been substantially diminished in value; or
    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of Defendant up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 18, United States Code, Section 924(d)(1), Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A  True  BILL

**REDACTED**
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Justin W. Holloway (Fed. ID # 11684)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, SC 29601
Tel.:   864-268-2100
Fax:   864-233-3158
Email: Justin.Holloway@usdoj.gov